

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER AT EL PASO, | § § | No. 08-25-00080-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No 3 |
| GLORIA LOPEZ, INDIVIDUALLY and AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RAYMOND LOPEZ, and ALL WRONGFUL DEATH BENEFICIARIES, | § § § | of El Paso County, Texas (TC# 2019DCV1644) |
| Appellee. | § § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted. We therefore dismiss the appeal.

IT IS SO ORDERED this 23rd day of June 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)